**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-22577-ERW |
| | § | |
| SHARON F ZICHTERMAN | § | |
| GARY W ZICHTERMAN | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/27/2008. The undersigned trustee was appointed on 08/27/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $50,004.85

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $22,033.14 |
    | Other Payments to creditors | $4,779.56 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $15,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,192.15 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/14/2009 and the deadline for filing government claims was 01/14/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,250.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,250.49, for a total compensation of $4,250.49[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $66.08, for total expenses of $66.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/27/2010     By:  /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 08-22577-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | Date Filed (f) or Converted (c): | 08/27/2008 (f) |
| For the Period Ending: | 10/27/2010 | §341(a) Meeting Date: | 10/08/2008 |
| | | Claims Bar Date: | 01/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  5924 W 75th Place, Burbank (single, residence) | $275,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Cash on hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  Charter One Checking Account | $214.44 | $0.00 | DA | $0.00 | FA |
| 4  Miscellaneous household goods and furnishings | $1,400.00 | $0.00 | DA | $0.00 | FA |
| 5  Ordinary wearing apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6  Universal life policy | $667.08 | $0.00 | DA | $0.00 | FA |
| 7  Employee retirement account with Principal | $11,497.00 | $0.00 | DA | $0.00 | FA |
| 8  Retirement Account with Home Depot | $11,000.00 | $0.00 | DA | $0.00 | FA |
| 9  Home Depot Stock 40 shares at approximately | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10 Personal Injury Case 08 L 03345 Zichterman v. | $30,000.00 | $20,000.00 | | $50,000.00 | FA |
| 11 1997 Camaro | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 12 2000 Jimmy (not currently operational) | $1,500.00 | $0.00 | DA | $0.00 | FA |
| INT Interest Earned  (u) | Unknown | Unknown | | $4.85 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$335,328.52     $20,000.00                                              $50,004.85        $0.00

**Major Activities affecting case closing:**

        $50,000 settlement 12/31/09

        Motion to authorize settlement 02/09/2010

        $50,000 settlement 12/31/09
07/07/2010    ready for TFR

**Initial Projected Date Of Final Report (TFR):**    12/31/2010
**Current Projected Date Of Final Report (TFR):**    12/31/2010

Page No: 1
Case 08-22577 Doc 48 Filed 10/27/10 Entered 10/27/10 23:21:39 Desc Main
Document Page 4 of 10
Exhibit B
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-22577-ERW | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1636 | | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/27/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/27/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2010 | (10) | Chicago Transit Authority | Per settlement | 1129-000 | $50,000.00 | | $50,000.00 |
| 04/12/2010 | 11001 | The Vrdolyak Law Group, LLC | 40% of total recovered per court order 02/09/2010 | 3210-600 | | $20,000.00 | $30,000.00 |
| 04/12/2010 | 11002 | Sharon F. Zichterman | Exemptions | 8100-002 | | $15,000.00 | $15,000.00 |
| 04/12/2010 | 11003 | The Vrdolyak Law Group, LLC | Expenses | 3220-610 | | $2,033.14 | $12,966.86 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.86 | | $12,968.72 |
| 05/14/2010 | 11004 | BlueCross BlueShield of Illinois | Payment of Lien per court order entered May 12, 2010 | 4120-000 | | $4,779.56 | $8,189.16 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.53 | | $8,190.69 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.35 | | $8,191.04 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $8,191.04 | $0.00 |
| | | | **TOTALS:** | | $50,003.74 | $50,003.74 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,191.04 | |
| | | | **Subtotal** | | $50,003.74 | $41,812.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $50,003.74 | $26,812.70 | |

| **For the period of 8/27/2008 to 10/27/2010** | | **For the entire history of the account between 04/06/2010 to 10/27/2010** | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $50,003.74 | Total Compensable Receipts: | $50,003.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,003.74 | Total Comp/Non Comp Receipts: | $50,003.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,812.70 | Total Compensable Disbursements: | $26,812.70 |
| Total Non-Compensable Disbursements: | $15,000.00 | Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $41,812.70 | Total Comp/Non Comp Disbursements: | $41,812.70 |
| Total Internal/Transfer Disbursements: | $8,191.04 | Total Internal/Transfer Disbursements: | $8,191.04 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-22577-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******1636 | **Money Market Acct #:** ******8465 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 8/27/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/27/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 8/27/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/08/2010 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 08-22577  Doc 48  Filed 10/27/10  Entered 10/27/10 23:21:39  Desc Main
Document  Page 6 of 10
FORM 2
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-22577-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1636 | | Money Market Acct #: | ******2577 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 8/27/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/27/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $8,191.04 | | $8,191.04 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.07 | | $8,191.11 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.35 | | $8,191.46 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.35 | | $8,191.81 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,192.15 |
| | | | **TOTALS:** | | $8,192.15 | $0.00 | $8,192.15 |
| | | | Less: Bank transfers/CDs | | $8,191.04 | $0.00 | |
| | | | Subtotal | | $1.11 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1.11 | $0.00 | |

**For the period of 8/27/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $1.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.11 |
| Total Internal/Transfer Receipts: | $8,191.04 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/25/2010 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $1.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.11 |
| Total Internal/Transfer Receipts: | $8,191.04 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 08-22577-ERW | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1636 | **Money Market Acct #:** | ******2577 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 8/27/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/27/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $50,004.85 | $41,812.70 | $8,192.15 |

**For the period of 8/27/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $50,004.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,004.85 |
| Total Internal/Transfer Receipts: | $8,191.04 |
| | |
| Total Compensable Disbursements: | $26,812.70 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $41,812.70 |
| Total Internal/Transfer Disbursements: | $8,191.04 |

**For the entire history of the case between 08/27/2008 to 10/27/2010**

| | |
|---|---|
| Total Compensable Receipts: | $50,004.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,004.85 |
| Total Internal/Transfer Receipts: | $8,191.04 |
| | |
| Total Compensable Disbursements: | $26,812.70 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $41,812.70 |
| Total Internal/Transfer Disbursements: | $8,191.04 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      08-22577-ERW
Case Name:     SHARON F ZICHTERMAN
               GARY W ZICHTERMAN
Trustee Name:  David P. Leibowitz

Balance on hand:     $8,192.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $8,192.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| DAVID P. LEIBOWITZ, Trustee Fees | $4,250.49 | $0.00 | $4,250.49 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $66.08 | $0.00 | $66.08 |
| Leibowitz Law Center/Lakelaw, Attorney for Trustee Fees | $3,000.00 | $0.00 | $3,000.00 |
| Leibowitz Law Center/Lakelaw, Attorney for Trustee Expenses | $32.47 | $0.00 | $32.47 |

Total to be paid for chapter 7 administrative expenses:     $7,349.04
Remaining balance:     $843.11

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $843.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $843.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,572.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $5,477.55 | $0.00 | $133.58 |
| 2 | Recovery Management Systems Corp. For GE Money Bank,dba PEP BOYS/CAR CARE | $182.77 | $0.00 | $4.46 |
| 3 | Recovery Management Systems Corp./For GE Money Bank,dba CARE | $4,687.84 | $0.00 | $114.32 |
| 4 | American Express Centurion Bank | $5,413.14 | $0.00 | $132.01 |
| 5 | eCAST Settlement Corporation/ Household Finance Corporation | $14,905.26 | $0.00 | $363.49 |
| 6 | Recovery Management Systems Corp./Walt-Mart Discover Card | $2,763.04 | $0.00 | $67.38 |
| 7 | TARGET NATIONAL BANK | $1,142.82 | $0.00 | $27.87 |

|  | Total to be paid to timely general unsecured claims: | $843.11 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |