UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-22577-ERW |
| | § | |
| SHARON F ZICHTERMAN | § | |
| GARY W ZICHTERMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $335,328.52 | Assets Exempt: | $65,828.52 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,623.33 | Claims Discharged Without Payment: | $66,451.74 |
| Total Expenses of Administration: | $29,382.18 | | |

3) Total gross receipts of $50,005.51 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $35,005.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $254,500.00 | $4,779.56 | $4,779.56 | $4,779.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $31,424.68 | $29,382.18 | $29,382.18 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $7,170.06 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,129.65 | $34,572.42 | $34,572.42 | $843.77 |
| **Total Disbursements** | $320,799.71 | $70,776.66 | $68,734.16 | $35,005.51 |

4). This case was originally filed under chapter 7 on 08/27/2008. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2011         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case 08 L 03345 Zichterman v. | 1129-000 | $50,000.00 |
| Interest Earned | 1270-000 | $5.51 |
| **TOTAL GROSS RECEIPTS** | | **$50,005.51** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Sharon F. Zichterman | Exemptions | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross BlueShield of Illinois | 4120-000 | NA | $4,779.56 | $4,779.56 | $4,779.56 |
| | Countrywide Home Loans | 4110-000 | $254,500.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,500.00** | **$4,779.56** | **$4,779.56** | **$4,779.56** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $4,250.49 | $4,250.49 | $4,250.49 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $66.08 | $66.08 | $66.08 |
| Leibowitz Law Center/Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,042.50 | $3,000.00 | $3,000.00 |
| Leibowitz Law Center/Lakelaw, Attorney for Trustee | 3120-000 | NA | $32.47 | $32.47 | $32.47 |
| The Vrdolyak Law Group, LLC, Special Counsel for Trustee | 3210-600 | NA | $20,000.00 | $20,000.00 | $20,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Vrdolyak Law Group, LLC, Special Counsel for Trustee | 3220-610 | NA | $2,033.14 | $2,033.14 | $2,033.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $31,424.68 | $29,382.18 | $29,382.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Cross Blue Shield of Illinois | 5910-000 | $7,170.06 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,170.06 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Centurion Bank | 7100-000 | $5,035.48 | $5,413.14 | $5,413.14 | $132.11 |
| | Best Buy | 7100-900 | $7,074.52 | NA | NA | $0.00 |
| | Bill Me Later | 7100-900 | $1,046.46 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; Recovery Management Systems Corp. For GE Money Bank,dba PEP BOYS/CAR CARE) | 7100-001 | $213.24 | $182.77 | $182.77 | $4.46 |
| | Discover Bank/DFS Services LLC | 7100-000 | $5,263.82 | $5,477.55 | $5,477.55 | $133.69 |
| | DJO | 7100-900 | $235.00 | NA | NA | $0.00 |
| | eCAST Settlement Corporation/ Household Finance Corporation | 7100-000 | $14,526.00 | $14,905.26 | $14,905.26 | $363.78 |
| | Home Depot | 7100-900 | $6,857.65 | NA | NA | $0.00 |
| | Lane Bryant | 7100-900 | $1,715.29 | NA | NA | $0.00 |
| | Loyola University Physicians | 7100-000 | $50.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Recovery Management Systems Corp./For GE Money Bank,dba CARE | 7100-000 | $4,684.61 | $4,687.84 | $4,687.84 | $114.41 |
| Recovery Management Systems Corp./Walt-Mart Discover Card | 7100-000 | $2,773.00 | $2,763.04 | $2,763.04 | $67.43 |
| TARGET NATIONAL BANK | 7100-000 | $1,080.47 | $1,142.82 | $1,142.82 | $27.89 |
| Utah Medical Products | 7100-000 | $150.38 | NA | NA | $0.00 |
| WaMu | 7100-900 | $6,760.32 | NA | NA | $0.00 |
| WaMu | 7100-900 | $1,663.41 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,129.65 | $34,572.42 | $34,572.42 | $843.77 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 08-22577-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | Date Filed (f) or Converted (c): | 08/27/2008 (f) |
| For the Period Ending: | 4/25/2011 | §341(a) Meeting Date: | 10/08/2008 |
| | | Claims Bar Date: | 01/14/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | 5924 W 75th Place, Burbank (single, residence) | $275,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash on hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 3 | Charter One Checking Account | $214.44 | $0.00 | DA | $0.00 | FA |
| 4 | Miscellaneous household goods and furnishings | $1,400.00 | $0.00 | DA | $0.00 | FA |
| 5 | Ordinary wearing apparel | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | Universal life policy | $667.08 | $0.00 | DA | $0.00 | FA |
| 7 | Employee retirement account with Principal | $11,497.00 | $0.00 | DA | $0.00 | FA |
| 8 | Retirement Account with Home Depot | $11,000.00 | $0.00 | DA | $0.00 | FA |
| 9 | Home Depot Stock 40 shares at approximately | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | Personal Injury Case 08 L 03345 Zichterman v. | $30,000.00 | $20,000.00 | DA | $50,000.00 | FA |
| 11 | 1997 Camaro | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2000 Jimmy (not currently operational) | $1,500.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned  (u) | Unknown | Unknown | | $5.51 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$335,328.52    $20,000.00    $50,005.51    $0.00

**Major Activities affecting case closing:**

$50,000 settlement 12/31/09
Motion to authorize settlement 02/09/2010

$50,000 settlement 12/31/09
ready for TFR
TDR to be completed during first quarter

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | DAVID LEIBOWITZ | |

Page No: 1
Case 08-22577 Doc 58 Filed 04/25/11 Entered 04/25/11 10:28:21 Desc Main
Document Page 7 of 12
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 08-22577-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******1636 | | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/27/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2010 | (10) | Chicago Transit Authority | Per settlement | 1129-000 | $50,000.00 | | $50,000.00 |
| 04/12/2010 | 11001 | The Vrdolyak Law Group, LLC | 40% of total recovered per court order 02/09/2010 | 3210-600 | | $20,000.00 | $30,000.00 |
| 04/12/2010 | 11002 | Sharon F. Zichterman | Exemptions | 8100-002 | | $15,000.00 | $15,000.00 |
| 04/12/2010 | 11003 | The Vrdolyak Law Group, LLC | Expenses | 3220-610 | | $2,033.14 | $12,966.86 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.86 | | $12,968.72 |
| 05/14/2010 | 11004 | BlueCross BlueShield of Illinois | Payment of Lien per court order entered May 12, 2010 | 4120-000 | | $4,779.56 | $8,189.16 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.53 | | $8,190.69 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.35 | | $8,191.04 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $8,191.04 | $0.00 |
| | | | **TOTALS:** | | $50,003.74 | $50,003.74 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $8,191.04 | |
| | | | **Subtotal** | | $50,003.74 | $41,812.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $50,003.74 | $26,812.70 | |

| For the period of 8/27/2008 to 4/25/2011 | | For the entire history of the account between 04/06/2010 to 4/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $50,003.74 | Total Compensable Receipts: | $50,003.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,003.74 | Total Comp/Non Comp Receipts: | $50,003.74 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,812.70 | Total Compensable Disbursements: | $26,812.70 |
| Total Non-Compensable Disbursements: | $15,000.00 | Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $41,812.70 | Total Comp/Non Comp Disbursements: | $41,812.70 |
| Total Internal/Transfer Disbursements: | $8,191.04 | Total Internal/Transfer Disbursements: | $8,191.04 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| **Case No.** | 08-22577-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******1636 | | **Money Market Acct #:** | ******8465 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/27/2008 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| **For the period of 8/27/2008 to 4/25/2011** | | **For the entire history of the account between 02/08/2010 to 4/25/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3
Exhibit 9

| Case No. | 08-22577-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1636 | Checking Acct #: | ******2577 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/27/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2010 | | Transfer From: #******2577 | | 9999-000 | $8,192.81 | | $8,192.81 |
| 11/29/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $4,250.49 | $3,942.32 |
| 11/29/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $66.08 | $3,876.24 |
| 11/29/2010 | 2003 | Leibowitz Law Center/Lakelaw | Claim #: ; Amount Claimed: 5,042.50; Amount Allowed: 3,000.00; Distribution Dividend: 100.00; | 3110-000 | | $3,000.00 | $876.24 |
| 11/29/2010 | 2004 | Leibowitz Law Center/Lakelaw | Claim #: 0; Amount Claimed: 32.47; Amount Allowed: 32.47; Distribution Dividend: 100.00; | 3120-000 | | $32.47 | $843.77 |
| 11/29/2010 | 2005 | Discover Bank/DFS Services LLC | Claim #: 1; Amount Claimed: 5,477.55; Amount Allowed: 5,477.55; Distribution Dividend: 2.44; | 7100-000 | | $133.69 | $710.08 |
| 11/29/2010 | 2006 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.46 | $705.62 |
| | | | Claim Amount         $(4.46) | 7100-001 | | | $705.62 |
| 11/29/2010 | 2007 | Recovery Management Systems Corp./For GE | Claim #: 3; Amount Claimed: 4,687.84; Amount Allowed: 4,687.84; Distribution Dividend: 2.44; | 7100-000 | | $114.41 | $591.21 |
| 11/29/2010 | 2008 | American Express Centurion Bank | Claim #: 4; Amount Claimed: 5,413.14; Amount Allowed: 5,413.14; Distribution Dividend: 2.44; | 7100-000 | | $132.11 | $459.10 |
| 11/29/2010 | 2009 | eCAST Settlement Corporation/ Household | Claim #: 5; Amount Claimed: 14,905.26; Amount Allowed: 14,905.26; Distribution Dividend: 2.44; | 7100-000 | | $363.78 | $95.32 |
| 11/29/2010 | 2010 | Recovery Management Systems Corp./Walt-Mart | Claim #: 6; Amount Claimed: 2,763.04; Amount Allowed: 2,763.04; Distribution Dividend: 2.44; | 7100-000 | | $67.43 | $27.89 |
| 11/29/2010 | 2011 | TARGET NATIONAL BANK | Claim #: 7; Amount Claimed: 1,142.82; Amount Allowed: 1,142.82; Distribution Dividend: 2.44; | 7100-000 | | $27.89 | $0.00 |

**SUBTOTALS**  $8,192.81   $8,192.81

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-22577-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******1636 | **Checking Acct #:** ******2577 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/27/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $8,192.81 | $8,192.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,192.81 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $8,192.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $8,192.81 | |

| For the period of 8/27/2008 to 4/25/2011 | | For the entire history of the account between 11/29/2010 to 4/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $8,192.81 | Total Internal/Transfer Receipts: | $8,192.81 |
| | | | |
| Total Compensable Disbursements: | $8,192.81 | Total Compensable Disbursements: | $8,192.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,192.81 | Total Comp/Non Comp Disbursements: | $8,192.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-22577-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******1636 | | Money Market Acct #: | ******2577 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 8/27/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $8,191.04 | | $8,191.04 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.07 | | $8,191.11 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.35 | | $8,191.46 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.35 | | $8,191.81 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.34 | | $8,192.15 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.35 | | $8,192.50 |
| 11/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 11/29/2010 | 1270-000 | $0.31 | | $8,192.81 |
| 11/29/2010 | | Transfer To: #******2577 | | 9999-000 | | $8,192.81 | $0.00 |
| | | | **TOTALS:** | | $8,192.81 | $8,192.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $8,191.04 | $8,192.81 | |
| | | | **Subtotal** | | $1.77 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.77 | $0.00 | |

| For the period of 8/27/2008 to 4/25/2011 | | For the entire history of the account between 06/25/2010 to 4/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.77 | Total Compensable Receipts: | $1.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.77 | Total Comp/Non Comp Receipts: | $1.77 |
| Total Internal/Transfer Receipts: | $8,191.04 | Total Internal/Transfer Receipts: | $8,191.04 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $8,192.81 | Total Internal/Transfer Disbursements: | $8,192.81 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 08-22577-ERW | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ZICHTERMAN, SHARON F AND ZICHTERMAN, GARY W | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******1636 | **Money Market Acct #:** | ******2577 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | MMA |
| **For Period Beginning:** | 8/27/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $50,005.51 | $50,005.51 | $0.00 |

**For the period of 8/27/2008 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $50,005.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,005.51 |
| Total Internal/Transfer Receipts: | $16,383.85 |
| | |
| Total Compensable Disbursements: | $35,005.51 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $50,005.51 |
| Total Internal/Transfer Disbursements: | $16,383.85 |

**For the entire history of the case between 08/27/2008 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $50,005.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,005.51 |
| Total Internal/Transfer Receipts: | $16,383.85 |
| | |
| Total Compensable Disbursements: | $35,005.51 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $50,005.51 |
| Total Internal/Transfer Disbursements: | $16,383.85 |